IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUITY BRANDS, INC. and ACUITY BRANDS LIGHTING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COOPER INDUSTRIES, INC. and COOPER LIGHTING, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) )     C.A. No. _____ |

## PLAINTIFFS' RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Acuity Brands, Inc. and Acuity Brands Lighting, Inc. hereby state that Acuity Brands, Inc. is the parent corporation of Acuity Brands Lighting, Inc., and that no publicly held company owns 10% or more of Acuity Brands, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiffs*

July 17, 2007