| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>07cv444 | DATE FILED<br>7/17/07 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Acuity Brands Inc.<br>Acuity Brands Lighting Inc. | | DEFENDANT<br>Cooper Industries Inc.<br>Cooper Lighting Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 7,229,192 B2 | 6/12/07 | Acuity Brands Inc. |
| 2 | US D541,468 S | 4/24/07 | Acuity Brands Inc. |
| 3 | US D544,633 S | 6/12/07 | Acuity Brands Inc. |
| 4 | US D544,634 S | 6/12/07 | Acuity Brands Inc. |
| 5 | US D544,992 S | 6/19/07 | Acuity Brands Inc. |
|   | US D544,993 S | 6/19/07 | Acuity Brands Inc. |
|   | US D545,481 S | 6/26/07 | Acuity Brands Inc. |
|   | US D545,482 S | 6/26/07 | Acuity Brands Inc. |
|   | US D545,483 S | 6/26/07 | Acuity Brands Inc. |
|   | US D545,991 S | 6/26/07 | Acuity Brands Inc. |
|   | US D545,992 S | 7/3/07 | Acuity Brands Inc. |
|   | US D545,993 S | 7/3/07 | Acuity Brands Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

AO 120 (Rev. 3/04)

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | | July 18, 2007 |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**