AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Delaware__

ACUITY BRANDS, INC. and
ACUITY BRANDS LIGHTING, INC.,
V.

COOPER INDUSTRIES, INC. and
COOPER LIGHTING, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-444

TO: (Name and address of Defendant)

Cooper Industries, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire
Leslie A. Polizoti, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE   JUL 17 2007

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 7-23-07 |
| NAME OF SERVER (PRINT) Zachary M. Berl | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CT, 1209 Orange St. Wilmington, DE 19801

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Receptionist

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/23/07
           Date

Signature of Server

3704 Kildoon Dr. Newark, DE 19702
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.