AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

                                District of         Delaware

ACUITY BRANDS, INC. and
ACUITY BRANDS LIGHTING, INC.,            **SUMMONS IN A CIVIL CASE**
         V.

COOPER INDUSTRIES, INC. and              CASE NUMBER:    07-444
COOPER LIGHTING, INC.

TO: (Name and address of Defendant)

    Cooper Lighting, Inc.
    c/o The Corporation Trust Company
    1209 Orange Street
    Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Jack B. Blumenfeld, Esquire
    Rodger D. Smith II, Esquire
    Leslie A. Polizoti, Esquire
    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
    1201 N. Market Street
    Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              JUL 17 2007
CLERK                                        DATE

(By) DEPUTY CLERK

❦AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7-23-07 |
| NAME OF SERVER (PRINT) Zachary M. Beel | TITLE Messinger |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: __CT   1209 Orange St.__
__Wilmington, DE 19801__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: __Receptionist__

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __7-23-07__        _____
                Date              *Signature of Server*

__3704 Kildoon Dr.__
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.