IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUITY BRANDS, INC. and<br>ACUITY BRANDS LIGHTING, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>COOPER INDUSTRIES, INC. and<br>COOPER LIGHTING, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)  C.A. No. 07-444-***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendants Cooper Industries, Inc. and Cooper Lighting, Inc. shall answer, move or otherwise respond to Plaintiffs' Complaint is extended through and including September 12, 2007.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP    POTTER ANDERSON & CORROON LLP

By: /s/ Rodger D. Smith II
    Jack B. Blumenfeld (#1014)
    Rodger D. Smith II (#3778)
    1201 N. Market Street
    P. O. Box 1347
    Wilmington, DE 19899
    (302) 658-9200
    jblumenfeld@mnat.com
    rsmith@mnat.com

*Attorneys for Plaintiffs*
*Acuity Brands, Inc. and*
*Acuity Brands Lighting, Inc.*

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P. O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Defendants*
*Cooper Industries, Inc. and*
*Cooper Lighting, Inc.*

SO ORDERED, this _____ day of _____ , 2007

_____
United States District Judge