IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACUITY BRANDS, INC. and<br>ACUITY BRANDS LIGHTING, INC., | )<br>)<br>) | C.A. No. 07-444-*** |
| Plaintiff, | )<br>) | |
| v. | )<br>) | |
| COOPER INDUSTRIES, INC. and<br>COOPER LIGHTING, INC., | )<br>)<br>) | |
| Defendants. | ) | |

### MOTION TO TRANSFER

Defendants Cooper Industries, Inc. and Cooper Lighting, Inc. ("Cooper") hereby move the Court under 28 U.S.C. § 1404(a) for an order transferring this matter to the U.S. District Court for the Northern District of Georgia. This Motion is based upon the accompanying Opening Brief in Support of Defendants' Motion to Transfer, the declarations filed in support of the Motion, and upon the papers, records and pleadings on file with this Court in this case.

Pursuant to Local Rule 7.1.1, counsel for Cooper contacted counsel for plaintiffs Acuity Brands, Inc. and Acuity Brands Lighting, Inc. ("Acuity") regarding this motion. Acuity will oppose the motion.

|  | POTTER ANDERSON & CORROON LLP |
|---|---|

OF COUNSEL:

David S. Foster
Kevin C. May
LATHAM & WATKINS, LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606
(312) 876-7700

Dated: September 13, 2007
818569

By: _____
Philip A. Rovner (#3215)
Hercules Plaza
P. O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Defendants
Cooper Industries, Inc. and
Cooper Lighting, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on September 13, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Jack B. Blumenfeld, Esq.
Rodger D. Smith, II, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
jblumenfeld@mnat.com
rsmith@mnat.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUITY BRANDS, INC. and<br>ACUITY BRANDS LIGHTING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>COOPER INDUSTRIES, INC. and<br>COOPER LIGHTING, INC.,<br><br>Defendants. | )<br>)<br>)   C.A. No. 07-444-***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

Having considered Defendants' Motion to Transfer this matter to the U.S. District Court for the Northern District of Georgia, and any opposition thereto, IT IS HEREBY ORDERED this _____ day of _____, 2007, that the Motion is GRANTED.

_____
**UNITED STATES DISTRICT JUDGE**