IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACUITY BRANDS, INC. and<br>ACUITY BRANDS LIGHTING, INC., | )<br>)<br>) | |
| | ) | C.A. No. 07-444-*** |
| Plaintiff, | )<br>) | |
| v. | )<br>) | |
| COOPER INDUSTRIES, INC. and<br>COOPER LIGHTING, INC., | )<br>)<br>) | |
| Defendants. | )<br>) | |

## DECLARATION OF KEITH D. HALL

OF COUNSEL:

David S. Foster
Kevin C. May
LATHAM & WATKINS, LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
(312) 876-7700

Dated: September 13, 2007

Philip A. Rovner (# 3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19801
(302) 984-6000
provner@potteranderson.com

*Attorneys for Defendants*
*Cooper Industries, Inc. and*
*Cooper Lighting, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ACUITY BRANDS, INC. and )
ACUITY BRANDS LIGHTING, INC., )
)
           Plaintiffs, )
)
            ) C.A. No. 1:07-cv-444
          v. ) Hon. Mary Pat Thynge
)
COOPER INDUSTRIES, INC. and )
COOPER LIGHTING, INC., )
)
           Defendants. )
)

## DECLARATION OF KEITH D. HALL

I, Keith D. Hall, under penalty of perjury do hereby depose and declare as follows:

1.      I am the Director of Marketing and Product Development for Fluorescent

Products at Cooper Lighting, Inc. ("Cooper Lighting"). Cooper Lighting is a leading provider of

innovative, high quality lighting fixtures and related products. I have been with Cooper Lighting

for eight years, and am currently responsible for all marketing and new product development for

our commercial fluorescent lighting fixtures. The matters set forth herein are based on personal

knowledge or consultation with company records.

2.      Cooper Lighting is headquartered in the Atlanta suburbs at 1121 Highway 74

South, Peachtree City, Georgia. Cooper Lighting runs its corporate, administrative, marketing,

sales, customer service and new product development operations out of its Peachtree City,

Georgia headquarters. In addition to its Peachtree City headquarters, Cooper Lighting also has a

manufacturing plant in Americus, Georgia. Cooper Lighting has no facilities or operations in

Delaware, and has no employees residing in Delaware.

3.      I understand that this lawsuit involves Cooper Lighting's various recessed

fluorescent light fixture models that are sold under the name "*accord*™." The "*accord*™" light

CH:969982.2

fixtures are manufactured at Cooper Lighting's Americus, Georgia manufacturing plant. No aspect of the design, development or manufacture of the *"accord™"* light fixtures occurred in Delaware.

4.      With the exception of certain sales people in the field, every Cooper Lighting employee that has responsibility of any kind for engineering, manufacturing, marketing and/or sales of the *"accord™"* light fixtures in the U.S. is located at our Peachtree City, Georgia headquarters or our Americus, Georgia manufacturing plant. Similarly, Cooper Lighting's documents (other than limited documents in the possession of certain sales people in the field) relating to the *"accord™"* light fixtures are located at our Peachtree City, Georgia headquarters or our Americus, Georgia manufacturing plant. To my knowledge, no such documents are located in Delaware.

5.      In addition to Cooper Lighting and its employees, I am aware of at least two other individuals who reside in the Atlanta area who may be significant witnesses in this case. Richard Gloster, who resides in the Atlanta suburb of Fayetteville, Georgia, used to be employed by Flexillume Canada Ltd. During the 1980s, Flexillume manufactured and sold a light fixture pictured in the drawings attached hereto at Exhibit A, which I understand may be pertinent to this litigation, including because it has "obtuse angle" end faces and a lens positioned "such that substantially all of the light emitted by the light source passes through the lens." To my knowledge, Cooper Lighting is aware of no other individual knowledgeable about this Flexillume prior art.

6.      Former Cooper Lighting employee Jamey Vaughan resides in the Atlanta suburb of Senoia, Georgia. Mr. Vaughan was the managing engineer responsible for the *"accord™"*

2

light fixtures prior to leaving Cooper Lighting. He has personal knowledge of the engineering

associated with these products. I am aware of no likely third-party witnesses in Delaware.

     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE

AND CORRECT.

                                 Executed this _12_ day of September, 2007:

                                 Keith D. Hall

3

# EXHIBIT A



DRAWING No SR-720

CARD No

GEN-12 EMBOSS

°±1

31

ON

BURRS.
MINIMUM

| DATE | ISSUE | REVISIONS | |
|---|---|---|---|
| TOLERANCE EXCEPT AS NOTED | TITLE | EXT-48-S LENS | |
| | CUSTOMER | FLEXILLUME | |
| DECIMAL | MATERIAL | CL. ACRYLIC | CUSTOMER APPROVAL |
| ±.010 | | | DATE |
| FRACTIONAL | DRAWN BY J. COLE | | DATE FEB. 24 1946 |
| = 1/32 | SCALE 1=1 | | APPROVAL |
| ANGULAR | | Genesta MANUFACTURING LIMITED | |

$6 \pm \frac{1}{8}$

$\frac{3}{8}$

$\frac{1}{16}$ MAX R

$2\frac{1}{16} \pm \frac{1}{16}$

$\frac{1}{4}$ MAX R

$.125 \pm \substack{.005 \\ .010}$

$6 \pm \frac{1}{16}$

$90° \pm 1$

$51\frac{7}{32}$ MAX (REF ONLY)

$3°$

$3°$

$48\frac{1}{16} \pm \substack{0 \\ \frac{1}{4}}$

ANGLE CUT INFORMATION
NOT TO SCALE

NOTES:
1. PANEL MUST BE DESTATICIZED.
2. ENDS MUST BE FREE OF CHIPPING AND BURRS.
3. BANANA AND BOW TO BE KEPT TO A MINIMUM.



20.000 C.T.C. T.BAR

17.000

PHILIPS MARK III ENERGY SAVING
20 VOLTS

6.000

SCALE

WIRES FOR CEILING TEE'S
T BE LOCATED
RE OPENING

(A) FOR INSTALLATION IN DRY WALL CEILINGS—
CONTRACTOR MUST FRAME WITH T. BAR.

(B) COFFER SIDES AND ENDS TO BE FABRICATED FROM
PRE-PAINTED STEEL - MATTE FINISH.

(C) FIXTURE BODY- CONSRUCTION
FROM 20 GA STEEL ENAMEL FINISH.

(D) TRIM FRAME TO CONTAIN BLACK STRIPE
WITH AIR SLOTS.

END FILLER - T BAR TO MATCH
SEE DETAIL 'A'

20.000

75



| | REVISIONS | | | |
|---|---|---|---|---|
| | FLEXILLUME COFFER FX 2060- C/w END FILLER PANS | | | |
| *flexillume* | PROJECT C.E. CROWN LIFE | | | |
| | DRWG. BY | CHKED. BY | SCALE | DATE 14. JUL-82 |
| CANADA LTD. MARKHAM, ONT. | | | DRWG. NO. L - 1003 | |

We Reserve The Right At All Times To Make
Changes In Design To Facilitate The Pro-
duction Of This Fixture, But Not To Change
The Aesthetic Design Of Said Fixture.
This Drawing Is Not To Be Copied Or
Reproduced Without Our Written Consent.



FIXTURE CHANNEL
REFLECTOR 24 GA. PRS.
LAMP - F40 - T 12 BY OTHERS
COFFER SIDE
FLEXILLUME EXTRUDED ACRYLIC DIFFUSER.

20.000 C.T.C. T. BAR
1.500
17.000

TEE BAR

NOT TO SCALE



SJT. 3-14 CORD & MOULDED PLUG, 120 VOLTS

NOTE:
SUPPORT WIRES FOR CEILI
MUST NOT BE LOCATED
IN FIXTURE OPENING

60" C.T.C. T.BARS
SIDE VIEW
59.125

AIR SLOT 4 EA SIDE

19.500
.500

COFFER GRID
TEE BAR

DETAIL 'A'
END FILLER SECTION

9.75     9.5     9.5     3.75
.75     .75     .75
BOTTOM VIEW
40.750

TRANSTEX 12 100-5-60



30.000 C/C T.BAR

.500

- SJT 3·14 CORD & MOULDED PLUG 120 V. 10'0" LG
- FIXTURE CHANNEL
- 120 V. BALLAST
- REFLECTOR 24 GA. P.R.S.
- LAMP F40·T12 BY OTHERS
- FLEXILLUME EXTR. ACRYLIC DIFFUSER
- COFFER SIDE
- COFFER CORNER & SUPPORT CLIP
- PERIMETER GRID

SCALE 1:2

NOTE:

1. SUPPORT WIRES FOR CEILING TEES MUST NOT BE LOCATED IN FIXTURE OPENING.

2. FOR INSTALLATION IN DRY WALL CEILINGS, CONTRACTOR MUST FRAME WITH T.BAR.

3. COFFER SIDE AND ENDS, FABRICATED FROM PRE-PAINTED STEEL, MATTE FINISH.

4. FIXTURE BODY CONSTRUCTION FROM 20 GA STEEL, B.W.E. ENAMEL FINISH

5. TRIM FRAME TO CONTAIN BLACK STRIPE WITH AIR SLOT.

| 1 | AUG. 11 - 1982 | |
|---|---|---|
| | REVISIONS | |

FLEXILLUME COFFER FXT 3060 - 120 VOLTS
PROJECT 70 UNIVERSITY
DRWG. BY   CHKED. BY   SCALE   DATE 8 - 7 - 82
DRWG. NO. L - 1004

Flexillume
CANADA LTD. MARKHAM, ONT.

We Reserve The Right At All Times To Make Changes In Design To Facilitate The Production Of This Fixture, But Not To Change The Aesthetic Design Of Said Fixture.

This Drawing Is Not To Be Copied Or Reproduced Without Our Written Consent.



SECTION - SCALE 1:2

BOTTOM VIEW - SCALE 1:6



AIR SLOT 4 EACH SIDE

TRANSTEX



NOTE:
SUPPORT WIRES FOR CEILING TEE'S
MUST NOT BE LOCATED
IN FIXTURE OPENING

(A) FOR INSTALLATION IN DRY WALL CEILINGS
CONTRACTOR MUST FRAME WITH T. BAR.

(B) COFFER SIDES AND ENDS TO BE FABRICATED FROM
PRE-PAINTED STEEL - MATTE FINISH.

(C) FIXTURE BODY - CONSTRUCTION
FROM 20 GA STEEL ENAMEL FINISH.

(D) TRIM FRAME TO CONTAIN BLACK STRIPE
WITH AIR SLOTS.

18.666

6.000

18.666

5 3/4

**Flexillume**
CANADA LTD. MARKHAM, ONT.

We Reserve The Right At All Times To Make
Changes In Design To Facilitate The Pro-
duction Of This Fixture, But Not To Change
The Aesthetic Design Of Said Fixture.

This Drawing Is Not To Be Copied Or
Reproduced Without Our Written Consent.

FLEXILLUME COFFER FX A
PROJECT PROPOSAL CONVENTION CENTRE TORONTO

| DRWG. BY | CHKED. BY | SCALE | DATE 1-10-88 |

REVISIONS

DRWG. NO. L-1006

FIXTURE CHANNEL
REFLECTOR 24 GA PPS
LAMP - F 40 - T12 BY OTHERS
COFFER SIDE
FLEXILLUME EXTRUDED ACRYLIC DIFFUSER

18.666

LENS

6.000

3-14 CORD & MOULDED PLUG, 120 VOLTS

NOTE:

56" C.T.C. T.BARS

R SLOT 4 EA SIDE

18.350

.500

18.666

9.750        9.5        9.5        9.750
        .75        .75        .75
        40.750



20.000"

16.796"

Fixt. Support Brkt. (4/Fixt)

1.457"
O.D.

Pattern #12 Prismatic Acrylic Profile Lens

.500"
Air Handling
Side Trim

60.000"

20.000"

42.750"

We Reserve The Right At All Times To Make
Changes In Design To Facilitate The Production Of This Pattern, But Not To Change
The Aesthetic Design of Said Fixture.

This Drawing Is Not To Be Copied Or
Reproduced Without Our Written Consent.

*Flexillume*

CANADA LTD. MARKHAM, ONT.

MINI II   COFFER

PROJECT ONE PIECE END PLATE & END FILLER

DRWG. BY | CHK'D. BY | SCALE | DATE 23-2-87

DWG. NO.
L-1020

20.000"

16.796"

END FILLER

COFFER SIDE PANEL

ONE PIECE END PLATE & END FILLER.

60.000"

10"

40.75"

SECTION FOR TYPE: MA-MC.

DRY WALL OPEN. FOR 1346" x 500"" IS 1362 "" X 516, ""

29.7

ALUM. FRAME

NTS.

MC 2024B M-12 FL.

TYPE MC 20253M-12 FL-F (NA)

525mm Approx

1035."

1197.3""

1035mm

1372mm Approx

NOTE:
TYPE MC SIMILAR TO TYPE MA
BUT SUPPLIED C/W BLANK-OFF
STRIPS.

| TYPE M | MC 20260 M-12 FL. |
| " " MA | MC 20255 M-12 FL-F |
| " " MB | MC 20248 M-12 FL. |
| " " MC | MC 20253 M-12 FL-F-NA |

| | |
|---|---|
| ADDED DRYWALL DETAIL | RRK |
| REVISIONS | DATE |

We Reserve The Right At All Times To Make
Changes In Design To Facilitate The Pro-
duction Of This Fixture, But Not To Change
The Aesthetic Design Of Said Fixture.

This Drawing Is Not To Be Copied Or
Reproduced Without Our Written Consent

Flexillume
CANADA LTD. MARKHAM, ONT.

MINI II METRIC
PROJECT  UNIVERSITY AVE.

| DRWG. BY | CHKED. BY | SCALE NTS | DATE 3-7-84 |
|---|---|---|---|

DRWG. NO.
L-1031



SECTION FOR TYPE EIM-MG.

347 V. CBM. BALLAST
2X40 W. R.S. LAMPS (BY OTHERS)

AIR SLOT

500. mm

PLT NO 12 ACR LENS
HIGH REFLECTANCE MATTE WHITE FINISH
AIR HANDLING SIDE TRIM

NTS.

TYPE MC 20260 M-12 FL.

TYPE MC 20248

1035.
1497.3

T-BAR SUPPORT
CLIPS (4 PER FIXT.)

1500mm    T-BAR CTR'S.

TRANSTEX



SHOWN FOR CEILING MOUNTED.

SHOWN FOR SHIPMENT.

5,000

3,650

3,500



We Reserve The Right At All Times To Make
Changes In Design To Facilitate The Pro-
duction Of This Fixture, But Not To Change
The Aesthetic Design Of Said Fixture.

This Drawing Is Not To Be Copied Or
Reproduced Without Our Written Consent.

*Flexillume*
CANADA LTD. MARKHAM, ONT.

JEM SERIES

PROJECT   2×4 MARKET

DRWG. BY          CHKED. BY          SCALE 1:1          DATE 31-1-84

SHEET 2 OF 2          DRWG. NO.   L-1046

REVISIONS



 TRANSITEX 19 (08-6-83



120 V. ENERGY SAVING BALLAST

FIXT. SUPPORT BRKT. (4)

1.977"
O.D.

PATTERN #12 PRISMATIC ACRYLIC PROFILE LENS

60.000"

20.000"

We Reserve The Right At All Times To Make Changes In Design To Facilitate The Production Of This Fixture, But Not To Change The Aesthetic Design Of Said Fixture.

This Drawing Is Not To Be Copied Or Reproduced Without Our Written Consent.

*flexillume*
CANADA LTD. MARKHAM, ONT.

| REVISIONS | | |
|---|---|---|
| BRAMALEA OFFICE BLDG.  BRAMPTON | | |
| PROJECT 20' X 60' MINI II COFFER | | |
| DRWG. BY | CHKED. BY | SCALE |
| | | DATE 6-6-88 |

DRWG. NO.
L-1196



20.000

13.788

3/14 SJT. 105°C MOULDED CORD & PLUG SET
C/W STRAIN RELIEF BUSHING

END FILLER

LOW GLOSS WHITE
COFFER SIDE PANEL

ONE PIECE END PLATE & END FILLER.

60.000











NOTE:
SECTION SYMMETRICAL ABOUT ℄
OVERALL SMALL .110 ± .010"
PANEL TO BE DESTATICIZED
EDGES TO BE FREE OF BURRS & CHIPPING



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on September 13, 2007, the within

document was filed with the Clerk of the Court using CM/ECF which will send

notification of such filing(s) to the following; that the document was served on the

following counsel as indicated; and that the document is available for viewing and

downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Jack B. Blumenfeld, Esq.
Rodger D. Smith, II, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
jblumenfeld@mnat.com
rsmith@mnat.com

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com