IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUITY BRANDS, INC. and<br>ACUITY BRANDS LIGHTING, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>COOPER INDUSTRIES, INC. and<br>COOPER LIGHTING, INC.,<br><br>    Defendants. | )<br>)<br>)  C.A. No. 07-444-***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF BARBARA A. WIDRA

OF COUNSEL:
David S. Foster
Kevin C. May
LATHAM & WATKINS, LLP
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
(312) 876-7700

Dated: September 13, 2007

Philip A. Rovner (# 3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19801
(302) 984-6000
provner@potteranderson.com

*Attorneys for Defendants*
*Cooper Industries, Inc. and*
*Cooper Lighting, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUITY BRANDS, INC. and<br>ACUITY BRANDS LIGHTING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COOPER INDUSTRIES, INC. and<br>COOPER LIGHTING, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 1:07-cv-444<br>)  Hon. Mary Pat Thynge<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF BARBARA A. WIDRA

I, Barbara A. Widra, under penalty of perjury do hereby depose and declare as follows:

1. I am Assistant Corporate Secretary for both of the named defendants in this action: Cooper Industries, Inc., a Delaware corporation ("Industries") and Cooper Lighting, Inc., a Delaware corporation ("Lighting"). In this position, which I have held since April 2, 2002, I share responsibility for oversight of the organizational and documentation requirements for both entities. The matters set forth herein are based on personal knowledge.

2. The sole function of Industries is to serve as a placeholder for the name "Cooper Industries, Inc." in Delaware. Since its formation on July 12, 1965, Industries has held no assets and conducted no business operations.

3. Lighting is the company that conducts all the activities allegedly at issue in this proceeding. Specifically, Lighting is the entity that manufactures, markets and sells the various recessed fluorescent light fixture models that are sold under the name "*accord*™" and that are accused of patent infringement in this action.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this 11th day of September, 2007:

*Barbara A. Widra* (signature)
Barbara A. Widra

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on September 13, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Jack B. Blumenfeld, Esq.
Rodger D. Smith, II, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
rsmith@mnat.com

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com