IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACUITY BRANDS, INC. and ACUITY BRANDS LIGHTING, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-444-*** |
| COOPER INDUSTRIES, INC. and COOPER LIGHTING, INC., | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of: (1) *Acuity's First Set of Requests to Cooper for the Production of Documents and Things;* and (2) *Acuity's First Set of Interrogatories to Cooper*, were caused to be served on October 19, 2007, upon the following in the manner indicated:

**BY EMAIL AND HAND DELIVERY**

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
provner@potteranderson.com

**BY EMAIL**

David S. Foster, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606
david.foster@lw.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Plaintiffs*

October 19, 2007

2

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on October 19, 2007, I caused the

foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which

will send notification of such filing(s) to the following in the manner indicated:

>   Philip A. Rovner, Esquire
>   POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on October 19, 2007, upon the

following in the manner indicated:

### BY EMAIL AND HAND DELIVERY

>   Philip A. Rovner, Esquire
>   POTTER ANDERSON & CORROON LLP
>   1313 N. Market Street
>   P.O. Box 951
>   Wilmington, DE  19899
>   provner@potteranderson.com

### BY EMAIL

>   David S. Foster, Esquire
>   Latham & Watkins LLP
>   Sears Tower, Suite 5800
>   233 South Wacker Drive
>   Chicago, IL  60606
>   david.foster@lw.com


>   */s/ Rodger D. Smith II*
>   Rodger D. Smith II (#3778)
>   MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>   1201 N. Market Street
>   P.O. Box 1347
>   Wilmington, DE  19899
>   (302) 658-9200
>   rsmith@mnat.com
>     Attorneys for Plaintiffs