IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACUITY BRANDS, INC. and<br>ACUITY BRANDS LIGHTING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COOPER INDUSTRIES, INC. and<br>COOPER LIGHTING, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-444-*** |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. Plaintiffs Acuity Brands, Inc. and Acuity Brands Lighting, Inc. withdraw their Motion For Leave To Amend Their Complaint (D.I. 27).

2. Defendants Cooper Industries, Inc. and Cooper Lighting, Inc. (collectively, "Cooper") consent to the filing of the Amended Complaint attached to plaintiffs' Motion For Leave To Amend (D.I. 27, Ex. 1).

3. Cooper's consent to allow the amendment of the pleadings does not constitute an admission of any of the allegations contained in the amended pleading and Cooper reserves its right to deny any allegations in the Amended Complaint.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Philip A. Rovner* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>  *Attorneys for Plaintiffs* | Philip A. Rovner (#3215)<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>  *Attorneys for Defendants* |

SO ORDERED this ___ day of _____, 2007.

_____
United States Magistrate Judge

1305845