IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACUITY BRANDS, INC., ACUITY BRANDS LIGHTING, INC., and ABL IP HOLDING LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-444-*** |
| v. | ) ) | |
| COOPER LIGHTING, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: *Plaintiffs' Initial Disclosures Pursuant To Fed. R. Civ. P. 26(A)(1)*, were caused to be served on November 14, 2007, upon the following in the manner indicated:

### BY EMAIL AND HAND DELIVERY

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
provner@potteranderson.com

### BY EMAIL

David S. Foster, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606
david.foster@lw.com

                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                  */s/ Rodger D. Smith II*
                                Jack B. Blumenfeld (#1014)
                                Rodger D. Smith II (#3778)
                                1201 N. Market Street
                                P.O. Box 1347
                                Wilmington, DE  19899
                                (302) 658-9200
                                rsmith@mnat.com
                                  *Attorneys for Plaintiffs*

November 14, 2007

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on November 14, 2007, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following in the manner indicated:

> Philip A. Rovner, Esquire
> POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on November 14, 2007, upon the following in the manner indicated:

### BY EMAIL AND HAND DELIVERY

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
provner@potteranderson.com

### BY EMAIL

David S. Foster, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606
david.foster@lw.com

/s/ *Rodger D. Smith II*
Rodger D. Smith II (#3778)