IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUITY BRANDS, INC., ) <br> ACUITY BRANDS LIGHTING, INC., ) <br> and ABL IP HOLDING LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COOPER LIGHTING, INC., ) <br> ) <br> Defendant. ) | C.A. No. 07-444-*** |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for the parties to submit a proposed Protective Order pursuant to paragraph 4 of the Scheduling Order (D.I. 31) is extended until November 29, 2007.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP      POTTER ANDERSON & CORROON LLP

*/s/ Rodger D. Smith II*                                                */s/ Philip A. Rovner*
Jack B. Blumenfeld (#1014)                                       Philip A. Rovner (#3215)
Rodger D. Smith II (#3778)                                        1313 N. Market Street
1201 N. Market Street                                                  P.O. Box 951
P.O. Box 1347                                                               Wilmington, DE  19899
Wilmington, DE  19899                                              (302) 984-6000
(302) 658-9200                                                             *Attorneys for Defendant*
 *Attorneys for Plaintiffs*

SO ORDERED this ___ day of _____, 2007.

_____
United States Magistrate Judge

1315384