IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUITY BRANDS, INC., ACUITY BRANDS LIGHTING, INC., and ABL IP HOLDING LLC,<br><br>       Plaintiffs,<br><br>    v.<br><br>COOPER LIGHTING, INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 07-444-***<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Acuity's Responses To Cooper Lighting's First Set Of Document Requests;* and (2) *Acuity's Responses To Cooper Lighting's First Set Of Interrogatories*, were caused to be served on November 19, 2007, upon the following in the manner indicated:

### BY EMAIL AND HAND DELIVERY

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
provner@potteranderson.com

### BY EMAIL

David S. Foster, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
david.foster@lw.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II (#3778)*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Plaintiffs*

November 19, 2007
1236010

## **CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on November 19, 2007, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following in the manner indicated:

> Philip A. Rovner, Esquire
> POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on November 19, 2007, upon the following in the manner indicated:

### **BY EMAIL AND HAND DELIVERY**

> Philip A. Rovner, Esquire
> POTTER ANDERSON & CORROON LLP
> 1313 N. Market Street
> P.O. Box 951
> Wilmington, DE 19899
> provner@potteranderson.com

### **BY EMAIL**

> David S. Foster, Esquire
> Latham & Watkins LLP
> Sears Tower, Suite 5800
> 233 South Wacker Drive
> Chicago, IL 60606
> david.foster@lw.com

*/s/ Rodger D. Smith II (#3778)*
Rodger D. Smith II (#3778)