IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACUITY BRANDS, INC., ACUITY BRANDS LIGHTING, INC., and ABL IP HOLDING LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-444-*** |
| v. | ) ) | |
| COOPER LIGHTING, INC., | ) ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for the parties to submit a proposed Protective Order pursuant to paragraph 4 of the Scheduling Order (D.I. 31) is extended until December 13, 2007.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Rodger D. Smith II | /s/ Philip A. Rovner |
| Jack B. Blumenfeld (#1014) | Philip A. Rovner (#3215) |
| Rodger D. Smith II (#3778) | 1313 N. Market Street |
| 1201 N. Market Street | P.O. Box 951 |
| P.O. Box 1347 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 984-6000 |
| (302) 658-9200 | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |

SO ORDERED this ___ day of _____, 2007.

_____
United States Magistrate Judge

1315384