IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACUITY BRANDS, INC., ACUITY BRANDS LIGHTING, INC., and ABL IP HOLDING LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-444-*** |
| v. | ) ) ) | |
| COOPER LIGHTING, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Acuity's Responses To Cooper Lighting's Second Set Of Document Requests;* (2) *Acuity's Supplemental Responses To Cooper Lighting's First Set Of Interrogatories*; and (3) *Acuity's Responses to Cooper Lighting's Second Set of Interrogatories*, were caused to be served on January 4, 2008, upon the following in the manner indicated:

### BY EMAIL AND HAND DELIVERY

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
provner@potteranderson.com

### BY EMAIL

David S. Foster, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606
david.foster@lw.com

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Rodger D. Smith II (#3778)*
        _____

        Jack B. Blumenfeld (#1014)
        Rodger D. Smith II (#3778)
        Benjamin J. Schladweiler (#4601)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899
        (302) 658-9200
        rsmith@mnat.com
        *Attorneys for Plaintiffs*
        *Acuity Brands, Inc., Acuity Brands Lighting, Inc.*
        *and ABL IP Holding LLC*

January 4, 2008
1236010

2

## **CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on January 4, 2008, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following in the manner indicated:

> Philip A. Rovner, Esquire
> POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on January 4, 2008, upon the following in the manner indicated:

### **BY EMAIL AND HAND DELIVERY**

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
provner@potteranderson.com

### **BY EMAIL**

David S. Foster, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
david.foster@lw.com

*/s/ Rodger D. Smith II (#3778)*
Rodger D. Smith II (#3778)