**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

ACUITY BRANDS, INC. and            :
ACUITY BRANDS LIGHTING, INC.,      :
                                   :
            Plaintiffs,            :
                                   :
      v.                           :     C. A. No. 07-444-GMS
                                   :
COOPER INDUSTRIES, INC. and        :
COOPER LIGHTING, INC.,             :
                                   :
            Defendants.            :

## ORDER

At Wilmington this **22nd** day of **May, 2008**.

IT IS ORDERED that the status report due date of August 28, 2008 and the status teleconference scheduled for September 4, 2008 at 9:00 a.m. with Judge Thynge are cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE