IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACUITY BRANDS, INC., ACUITY BRANDS LIGHTING, INC., and ABL IP HOLDING LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-444-GMS |
| v. | ) ) | |
| COOPER LIGHTING, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Kean J. DeCarlo's Objections to Defendant Cooper Lighting, Inc.'s May 6, 2008 Subpoena;* (2) *Tom Hunter's Objections to Defendant Cooper Lighting, Inc.'s May 6, 2008 Subpoena*; (3) *Carl T. Gould's Objections to Defendant Cooper Lighting, Inc.'s May 6, 2008 Subpoena;* (4) *Kevin Leadford's Objections to Defendant Cooper Lighting, Inc.'s May 6, 2008 Subpoena;* and (5) *Gary D. Trott's Objections to Defendant Cooper Lighting, Inc.'s May 6, 2008 Subpoena*, were caused to be served on May 27, 2008, upon the following in the manner indicated:

### BY EMAIL AND HAND DELIVERY

Philip A. Rovner, Esquire
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
provner@potteranderson.com

### BY EMAIL

David S. Foster, Esquire
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606
david.foster@lw.com

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Rodger D. Smith II*

          _____
          Jack B. Blumenfeld (#1014)
          Rodger D. Smith II (#3778)
          Benjamin J. Schladweiler (#4601)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE 19899
          (302) 658-9200
          rsmith@mnat.com
          *Attorneys for Plaintiffs*
          *Acuity Brands, Inc., Acuity Brands Lighting, Inc.*
          *and ABL IP Holding LLC*

May 27, 2008
1236010

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on May 27, 2008, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following in the manner indicated:

>Philip A. Rovner, Esquire
>POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on May 27, 2008, upon the following in the manner indicated:

**BY EMAIL AND HAND DELIVERY**

>Philip A. Rovner, Esquire
>POTTER ANDERSON & CORROON LLP
>1313 N. Market Street
>P.O. Box 951
>Wilmington, DE 19899
>provner@potteranderson.com

**BY EMAIL**

>David S. Foster, Esquire
>Latham & Watkins LLP
>Sears Tower, Suite 5800
>233 South Wacker Drive
>Chicago, IL 60606
>david.foster@lw.com

>*/s/ Rodger D. Smith II*
>Rodger D. Smith II (#3778)