IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUITY BRANDS, INC.,<br>ACUITY BRANDS LIGHTING, INC.,<br>and ABL IP HOLDING LLC,<br><br>    Plaintiffs and Counterdefendants,<br><br>v.<br><br>COOPER LIGHTING, INC.,<br><br>    Defendant and Counterplaintiff. | C.A. No. 07-444-GMS |

### [PROPOSED] ORDER

The Court, having considered the unopposed Motion of Cooper Lighting, Inc. to file an Amended Answer, Affirmative Defenses and Counterclaim to Amended Complaint,

IT IS HEREBY ORDERED THAT the Motion is GRANTED and the Amended Answer, Affirmative Defenses and Counterclaim to Amended Complaint is deemed filed and served as of the date of this Order and plaintiffs have forty-five (45) days from the date of this Order to answer or otherwise plead in response to the Counterclaim.

Dated: _August 25, 2014_

_____
United States District Judge

FILED
AUG 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE