IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUITY BRANDS, INC., <br> ACUITY BRANDS LIGHTING, INC., <br> and ABL IP HOLDING LLC, <br><br> Plaintiffs, <br><br> v. <br><br> COOPER LIGHTING, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-444-GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND ORDER

Pursuant to a confidential Agreement dated December 14, 2009, between plaintiffs Acuity Brands, Inc., Acuity Brands Lighting, Inc. and ABL IP Holding LLC (collectively, "Acuity") and defendant Cooper Lighting, Inc. ("Cooper"), the parties hereby stipulate and agree, through their respective counsel, subject to the approval of the Court, that this action, including all claims, defenses or counterclaims as between Acuity and Cooper, is hereby dismissed with prejudice, with each party to bear its own fees and costs.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP        POTTER ANDERSON & CORROON LLP

*/s/ Rodger D. Smith II*                                          */s/ Philip A. Rovner*
_____          _____
Jack B. Blumenfeld (#1014)                                 Philip A. Rovner (#3215)
Rodger D. Smith II (#3778)                                 1313 N. Market Street
Benjamin J. Schladweiler (#4601)                       P.O. Box 951
1201 N. Market Street                                          Wilmington, DE 19899
P.O. Box 1347                                                       (302) 984-6000
Wilmington, DE 19899                                         *Attorneys for Defendant*
(302) 658-9200
  *Attorneys for Plaintiffs*

SO ORDERED this ___ day of _____ 2009.

_____
United States District Court Judge

3290957